IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**THEODORE LANE**,<br><br>Defendant | NO. 5: 06-MJ-04-03 (CWH)<br><br>**VIOLATION: SUSPENDED LICENSE** |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION TO DISMISS** filed herein by counsel for the United States (Tab #5) and for cause shown, said motion is GRANTED. This proceeding against defendant THEODORE LANE is DISMISSED *without prejudice.*

SO ORDERED AND DIRECTED, this 16th day of NOVEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE